324-0067 Curtis Butler Sr. Appley v. Roderick T. Hodge Appellant Mr. Hodge, there you are. Okay, thank you. We can now hear you. You may proceed at this time with your argument. If I may, I would like to put the quote on notice that this is the holy month of Ramadan where we're in there should be no quarreling according to Islamic law and up so I'm asking for a stay to the end of Ramadan would you mean that's a freedom of that's a freedom excuse me please repeat your request mr. Hodge I'm trying to make we are in Ramadan at this time it just began and it is at the end of the month so I would like to ask for a benevolent state for freedom of religion purposes to the end of Ramadan to engage in this argument for freedom okay your argument that you filed in your brief before this court of course has been reviewed and read by everyone on the court on this panel and so if you would we could certainly just decide this case on the written brief yes I would like for support stay because we are in the middle we're not in the beginning of Ramadan and I would like for a stay in regards to that decision pending Ramadan the conclusion of Ramadan which is approximately April 1st if it now you knew Ramadan during this time of your argument you did not make an earlier request of this court in writing no sir and I and I do and I do apologize but it is we're on in the beginning of Ramadan at this currently at this point and I choose not to you know want to participate in in these proceedings at this time in regard no specifically citing Ramadan I'm asking for benevolent state from the court to help me achieve that so I would like for a stay to the end of the month to the conclusion of Ramadan as well as you can see there are two other judges here along with me we form a panel and those types of decisions have to be made by the panel so as to your request right now we will ask you to stay you know where you are connected and if the clerk would be so kind as to remove the panel so that we can discuss this and make a ruling justice hold just can I ask one question before we do that oh absolutely please do mr. Hodge are you currently occupying the property in question yes thank you and justice holder you already asked the one question I had is was there everything in writing complaints with our rules and the answer is no so I don't have any other question okay very good will the clerk please arrange so that we can go into a conference to decide this is or request would you like for me to remove mr. Hodge well I might be the simplest but yeah I know that mr. Hodge can be brought in yeah I will put him back in the waiting room and then I will stop to report okay okay very good thank you we will return with our ruling mr. Hodge mr. Hodge here please turn on your audio thank you mr. Hodge the court has decided and ruled that you file a written motion to continue an oral guess which is the 29th of March and that motion will be decided before then and if the motion is granted then you'll be set for an oral argument at a later date if that motion is denied the court will be deciding your case on the written pleadings the record before the trial court and your arguments contained in your brief say the last part again they'll be decided on your brief basically okay without an oral argument so put a time limit on that yes you file your motion within seven days okay with our court written motion okay and that's the ruling of the court okay thank you thank you thank you mr. Hodge all right can I leave now yes we'll proceed to the next case thank you